THE CITY OF NEWARK, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, PROSECUTOR, v. STATE BOARD OF TAX APPEALS, THE MAYOR AND COMMON COUNCIL OF THE CITY OF HOBOKEN (A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY), AND J. H. THAYER-MARTIN, STATE TAX COMMISSIONER, RESPONDENTS.

Argued January 20, 1937—Decided April 15, 1937.

Before Justices CASE and PERSKIE.

For the prosecutor, *Jules E. Tepper, Joseph A. Ward* and *Frank A. Boettner.*

For the respondent city of Hoboken, *Edward P. Stout.*

For the respondent borough of Roseland, *Spaulding Frazer.*

For the respondent borough of Runnemede, *Harry Grossman* and *Joseph Varbalow.*

PER CURIAM.

The city of Newark seeks a writ of *certiorari* to review the action of the state board of tax appeals in setting aside, as illegal, the apportionment of the gross receipts tax of the Public Service Electric and Gas Company made by the state tax commissioner for the year 1935, and referring the matter back to the commissioner for the purpose of making a legal reapportionment. The proceedings before the board were initiated by the city of Hoboken. The board has jurisdiction of the subject-matter. *West Orange* v. *State Board of Tax*

*Appeals,* 115 *N. J. L.* 396; 180 *Atl. Rep.* 770; *affirmed,* 116 *N. J. L.* 414; 184 *Atl. Rep.* 735. Therefore, under the ordinary procedure, *certiorari* should not be awarded until after final judgment. *City of Plainfield* v. *McGrath,* 117 *N. J. L.* 348; 188 *Atl. Rep.* 733. We see no reason for following another course.

The application is denied, with costs to the appearing respondents above named.